F I L E D
Clerk
District Court

JUN 18 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

# UNITED STATES DISTRICT COURT
# NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>         Plaintiff, <br> v. <br> XIAO FENG LI (a.k.a. "Lili"), <br>         Defendant. | Criminal Case No. 08-00018 <br><br> **INDICTMENT** <br><br> Title 21 U.S.C., §§ 841(a)(1) and 841(b)(1)(A), Possession with Intent to Distribute a Controlled Substance. |

THE GRAND JURY CHARGES:

## COUNT ONE

### POSSESSION WITH INTENT TO DISTRIBUTE D-METHAMPHETAMINE HYDROCHLORIDE

On or about April 12, 2008, in the District of the Northern Mariana Islands, Xiao Feng Li (a.k.a. "Lili"), the defendant, unlawfully, willfully and knowingly, distributed and possessed with the intent to distribute a Schedule II controlled substance, to wit, approximately 0.76 net grams of d-methamphetamine hydrochloride, in a form commonly known as "ice", in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

Dated this 18 day of June 2008.

A TRUE BILL.

_____
Foreperson

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
ERIC S. O'MALLEY
Assistant United States Attorney