# United States District Court

DISTRICT OF **the Northern Mariana Islands**

UNITED STATES OF AMERICA,

    Plaintiff,

V.

XIAO FENG LI (a.k.a. "Lili"),

    Defendant.

**FILED** Clerk District Court

JUN 19 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

## WARRANT FOR ARREST

CASE NUMBER: CR 08 - 00018

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  **XIAO FENG LI (a.k.a. "Lili")**
                                                               Name

and bring her forthwith to the nearest magistrate to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging her with (brief description of offense)

**Possession with Intent to Distribute a Controlled Substance (Count 1)**

RECEIVED
JUN 19 2008
US MARSHALS SERVICE-CNMI

in violation of Title **21** United States Code, Section(s) **841(a)(1) and 841(b)(1)(A)**

and in violation of Title ____ United States Code, Section (s) ____

| HONORABLE ALEX R. MUNSON | CHIEF JUDGE, DISTRICT COURT OF THE NMI |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| /s/ Alex R. Munson | 6-18-08    SAIPAN, CNMI |
| Signature of Issuing officer | Date and Location |
| Bail fixed at $ **NO BAIL** | by /s/ Alex R. Munson |
| | Name of Judicial Officer |

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at **Susupe, Saipan CNMI** — CNMI Dept of Corrections

| DATE RECEIVED 6-18-08 | NAME AND TITLE OF ARRESTING OFFICER W. M. Calvert CIDUSM #3086 USM D/NMI | SIGNATURE OF ARRESTING OFFICER /s/ CIDUSM |
|---|---|---|
| DATE OF ARREST 6-18-08 | | |

## MESSAGE CONFIRMATION

JUN-18-2008 16:58 WED

```
                              FAX NUMBER  :  670 236 2956
                              NAME        :  USMS D/NMI O5 SAIPAN

NAME/NUMBER    :  86649515
PAGE           :  4
START TIME     :  JUN-18-2008 16:57 WED
ELAPSED TIME   :  00' 30"
MODE           :  STD ECM
RESULTS        :     [ O.K ]
```

CNMI DOC

---

LEONARDO M. RAPADAS
United States Attorney
ERIC S. O'MALLEY
Assistant United States Attorney
DISTRICT OF THE NORTHERN
  MARIANA ISLANDS
Horiguchi Building, Third Floor
P.O. Box 500377
Saipan, MP 96950
TEL: (670) 236-2980

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     vs.<br><br>XIAO FENG LI (a.k.a. "Lili"),<br><br>          Defendant. | CRIMINAL CASE NO. 08-00018<br><br>WRIT OF HABEAS CORPUS<br>AD PROSEQUENDUM |

**RECEIVED**
JUN 18 2008
US MARSHALS SERVICE-CNMI

TO:  Department of Public Safety
     Corrections Facility

This Court finds that XIAO FENG LI, a.k.a. "Lili" is now in the custody of the Department of Public Safety Corrections Facility, and that said prisoner is required to appear before this Court for arraignment and subsequent Prosecution in the above captioned case.

**IT IS HEREBY ORDERED** that the CNMI Director of Department of Public Safety or his authorized agent, or any Federal law enforcement agent shall produce XIAO FENG LI, a.k.a. "Lili" before this Court on June 19, 2008, at 9:00 a.m., and whenever necessary hereafter to attend court appearances in the above-entitled case and upon completion of said prosecution and/or Court appearances and/or upon further order of the Court, return said prisoner to his place of