# MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

CR-08-00018                                                June 19, 2008
                                                           9:30 a.m.

### UNITED STATES OF AMERICA -vs- LI, XIAO FENG

PRESENT:   HON. ALEX R. MUNSON, JUDGE PRESIDING
           K. LYNN LEMIEUX, COURTROOM DEPUTY
           SANAE SHMULL, COURT REPORTER
           ERIC O'MALLEY, ASSISTANT U.S. ATTORNEY
           F. MATT SMITH, ATTORNEY FOR DEFENDANT
           XIAO, FENG LI, DEFENDANT

PROCEEDINGS:   INITIAL APPEARANCE / ARRAIGNMENT

Defendant **LI, XIAO FENG** appeared with counsel, Attorney F. Matthew Smith. Government was represented by Eric O'Malley, Assistant U.S. Attorney.

Aby Leung was sworn as interpreter/translator of the Mandarin language.

Defense stated that they were ready to proceed with an arraignment hearing.

After review of the defendant's financial affidavit, it was determined that the defendant qualified for court appointed counsel. Court appointed counsel for defendant. Attorney F. Matt Smith, was appointed Nunc pro tunc.

Defendant was sworn and examined as to her ability to understand the proceedings. The Court advised the defendant of the charges against her in the indictment and her constitutional rights.

The Court read the indictment to the defendant. The defendant pled **NOT GUILTY** to the charges against her. Court accepted the plea and set the jury trial for **MONDAY, August 25, 2008 at 9:00 a.m.** Pretrial motions shall be filed by **Thursday, July 3, 2008**.

Government moved for "no bail" at this time. Attorney Smith reserved the right to have a bail hearing at a future date. Court ordered "no bail" at this time.

Attorney Smith moved to appoint Aby Leung for interpreter for this case. Court so ordered.

Defendant was remanded into the custody of the U.S. Marshal.

                                             Adj. 9:45 a.m.
                                             /s/K. Lynn Lemieux, Courtroom Deputy