# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN MARIANA ISLANDS

F I L E D
Clerk
District Court

JUN 19 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | )  CRIMINAL CASE NO. 08-00018-001 |
| | ) |
| -v- | ) |
| | ) |
| XIAO FENG LI, | )      O R D E R |
| | )  SETTING TRIAL DATE |
| Defendant. | ) |
| _____ | ) |

**IT IS HEREBY ORDERED** that the jury trial herein shall commence on **MONDAY, AUGUST 25,  2008 at 9:00 a.m.**

IT IS FURTHER ORDERED that pretrial motions shall be filed no later than **THURSDAY, JULY 3,  2008,  pursuant to Local Rule LCrR 12.1.**

IT IS FURTHER ORDERED that the following shall be filed with this Court no later than seven (7) days prior to trial:

1) Proposed jury voir dire questions;

2) A joint exhibit list - (Government's exhibits numbered; Defendant's exhibits lettered)(One original and three copies for the Court);

3) A complete set of marked exhibits (with a three copies for the Court);

4) Proposed verdict forms;

5) Witness lists for purposes of voir dire only. (Witness lists shall include: legal names, aliases, nicknames, place of residence and place of employment), (One original and three copies for the Court);

AO 72
(Rev. 08/82)

6)    Proposed jury instructions. (Those jury instructions upon which agreement cannot be reached shall be submitted in a separate packet, together with the objections and authority therefore of each party.)

Dated this 19th day of June, 2008

_____
ALEX R. MUNSON
Chief Judge

2