U.S. Department of Justice
United States Marshals Service



# DETAINER
## AGAINST UNSENTENCED PRISONER

**FILED**
Clerk
District Court

JUN 2 0 2008

UNITED STATES MARSHAL
DISTRICT OF _NMI (05)_ For The Northern Mariana Islands
By_____
(Deputy Clerk)

*Please type or print neatly.*

TO: CNMI Dept. of Corrections (Classification Section)

DATE: 6-18-08
SUBJECT: Li, XIAO Feng
AKA: XIAO, Feng Li or "Lil"
DOB/SSN: 02/21/67   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
USMS #: 00585-005
CR #: 08-00018

Please accept this Detainer against the above-named subject who is an unsentenced prisoner currently in your custody. The United States District Court for the _____ District of __NMI__ has issued an arrest warrant(s) charging the subject with the commission of the following offense(s):

**Distribution of A Controlled Substance (ICE)**

Prior to the subject's release from your custody, please notify this office at once so that we may assume custody if necessary. If the subject is transferred from your custody to another detention facility, we request that you forward our Detainer to said facility at the time of transfer and advise this office as soon as possible.

The notice and speedy trial requirements of the Interstate Agreement on Detainers Act do **NOT** apply to this Detainer because the subject is not currently serving a sentence of imprisonment at the time the Detainer is lodged. **IF THE SUBJECT IS SENTENCED WHILE THIS DETAINER IS IN EFFECT, PLEASE NOTIFY THIS OFFICE AT ONCE.**

Please acknowledge receipt of this Detainer. In addition, please provide one copy of the Detainer to the subject and return one copy of the Detainer to this office in the enclosed self-addressed envelope.

Very truly yours,

CDUSM Joaquin DLG. Salos
United States Marshal (Acting)
D/Guam & D/NMI

by CIDUSM #3086 W. M. Cain

**RECEIPT**
Date: 6-20-2008
Signed: [signature]
By: CHRIS M. WARNICK
Title: SERGEANT

PRIOR EDITIONS ARE OBSOLETE AND NOT TO BE USED

Form USM-16
Oct. 11/98