```
                                                    F I L E D
                                                       Clerk
                                                   District Court

                                                   AUG 12 2008

                                             For The Northern Mariana Islands
                                             By_____
                                                      (Deputy Clerk)
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. 08-00018 |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | ORDER SETTING |
| ) | PRETRIAL CONFERENCE |
| XIAO FENG LI (also known as ) | |
| "Lili"), ) | |
| ) | |
| Defendant ) | |
| _____ ) | |

IT IS ORDERED that a pretrial conference in this matter is set for **Thursday, August 21, 2008, at 9:30 a.m.**

Should this matter be resolved prior to that time, the conference will come off-calendar without further order of the court.

DATED this 12th day of August, 2008.

*Alex R. Munson*

ALEX R. MUNSON
Judge

AO 72
(Rev. 08/82)