```
 1  LEONARDO M. RAPADAS
    United States Attorney
 2  ERIC S. O'MALLEY
    Assistant United States Attorney
 3  DISTRICT OF THE NORTHERN
      MARIANA ISLANDS
 4  Horiguchi Building, Third Floor
    P.O. Box 500377
 5  Saipan, MP 96950
    TEL: (670) 236-2980
 6
    Attorneys for the United States of America
 7
```

F I L E D
Clerk
District Court

AUG 1 3 2008

For The Northern Mariana Islands
By_____
     (Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 08-00018 |
| Plaintiff, ) | |
| vs. ) | **WRIT OF HABEAS CORPUS** |
| ) | **AD PROSEQUENDUM** |
| XIAO FENG LI (a.k.a. "Lili"), ) | |
| Defendant. ) | |

RECEIVED

JUN 1 8 2008

US MARSHALS SERVICE-CNMI

TO:   Department of Public Safety
      Corrections Facility

This Court finds that XIAO FENG LI, a.k.a. "Lili" is now in the custody of the Department of Public Safety Corrections Facility, and that said prisoner is required to appear before this Court for arraignment and subsequent Prosecution in the above captioned case

**IT IS HEREBY ORDERED** that the CNMI Director of Department of Public Safety or his authorized agent, or any Federal law enforcement agent shall produce XIAO FENG LI, a.k.a. "Lili" before this Court on June 19, 2008, at 9:00 a.m., and whenever necessary hereafter to attend court appearances in the above-entitled case and upon completion of said prosecution and/or Court appearances and/or upon further order of the Court, return said prisoner to his place of

1  confinement.

2

3  **SO ORDERED** this 18TH day of June, 2008.

4

5

6                                              /s/ Alex R. Munson
                                               ALEX R. MUNSON
                                               Chief Judge
7                                              District Court of Northern Mariana Islands

8
   SUBMITTED BY:
9
   LEONARDO M. RAPADAS
10 United States Attorney
   Districts of Guam and NMI
11

12 By: _____
13 ERIC S. O'MALLEY
   Assistant U.S. Attorney
14

**MARSHALS RETURN (left)**

I HAVE PARTIALLY / EXECUTED THIS Writ BY TAKING CUSTODY OF THE WITHIN NAMED Defendant AT WDC NMI ON 6/19/08 AND DELIVERING HIM / HER TO THE CNMI DOC FOR FURTHER TRANSFER TO following court hearing

**MARSHALS RETURN (right)**

I HAVE SERVED THE WITHIN Writ ON 6/18/08 (DATE & TIME) BY LEAVING WITH SGT Chris Warnick CNMI DOC (NAME & TITLE OF INDIVIDUAL SERVED)
J. DLG Salas CDUSM USM (Acting)
CDUSM #3066 W. Calvert DUSM

I HAVE PARTIALLY / EXECUTED THIS Writ BY TAKING CUSTODY OF THE WITHIN NAMED Defendant AT CNMI DOC ON 8/18/08 AND DELIVERING HIM / HER TO THE CNMI DOC FOR FURTHER TRANSFER TO Custody as a Federal Inmate effective since 08/18/08 per CNMI Attorney General's office order Dismissing local charges. Documents Attached

I HAVE SERVED THE WITHIN Writ ON 08-18-08 (DATE & TIME) BY LEAVING WITH SGT Chris Warnick CNMI DOC (NAME & TITLE OF INDIVIDUAL SERVED)
R. Lumagui Active CDUSM/USM USM
W.M. Calvert DUSM