# MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

CR-08-00018                                                                August 21, 2008
                                                                           9:05 a.m.

### UNITED STATES OF AMERICA  -v- LI, XIAO FENG

PRESENT:   HON. ALEX R. MUNSON, JUDGE PRESIDING
           K. LYNN LEMIEUX, COURT ROOM DEPUTY
           SANAE N. SHMULL, COURT REPORTER
           ERIC O'MALLEY, ASSISTANT U.S. ATTORNEY
           F. MATTHEW SMITH, ATTORNEY FOR DEFENDANT
           LI, XIAO FENG, DEFENDANT

PROCEEDINGS:   **CHANGE OF PLEA**

Defendant appeared with counsel, Attorney Matthew Smith. Government was represented by Eric O'Malley, AUSA.

Interpreter Aby Leung was sworn as interpreter/translator of the Mandarin language.

Defendant was sworn and examined as to her understanding of her constitutional rights, her right to trial and her understanding of the Plea Agreement.

Court reviewed every element of the Plea Agreement with the Defendant. Government reported to the Court what they would be able to prove if this matter proceeded to trial. Defendant entered a plea of **GUILTY .** Court found that the defendant was fully competent to enter knowing and voluntary plea. Court accepted the plea and the Plea Agreement.

Court ordered a Presentence Investigation Report be submitted by October 21, 2008 and that the **Sentencing hearing be set for Tuesday, November 25, 2008 at 9:00 a.m.**

Court ordered the defendant back into the custody of the U.S. Marshal.

                                                    Adjourned at 9:50 a.m.


                                                    /s/K. Lynn Lemieux, Courtroom Deputy