FILED
Clerk
District Court

AUG 21 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL ACTION NO. 08-00018-001 |
|  Plaintiff, | ) | |
| vs. | ) | ORDER SETTING |
|  | ) | SENTENCING DATE |
| XIAO FENG LI, | ) | |
|  Defendant. | ) | |

IT IS HEREBY ORDERED that the defendant be referred to the US. Probation Office for investigation and report. The presentence investigation report is due on **October 21, 2008.** Sentencing is scheduled for **Tuesday, November 25, 2008** commencing at the hour of 9:00 o'clock a.m.

DATED this 21st day of August, 2008.

_____
ALEX R. MUNSON, Chief Judge

AO 72
(Rev. 08/82)